```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
PIERRE NASSIF, HENRY F. FURMAN )
AS NEXT FRIEND OF PIERRE NASSIF),
            Petitioner,        )
                               )   C.A. No. 04-11278-REK
         v.                    )
                               )
UNITED STATES DEPARTMENT OF    )
HOMELAND SECURITY, BUREAU OF   )
IMMIGRATION AND CUSTOM         )
ENFORCEMENT, DETENTION AND     )
REMOVAL OPERATIONS, NEW        )
ENGLAND FIELD DIVISION,        )
            Respondent.        )
```

ORDER OF DISMISSAL

KEETON, S.J.

   In accordance with this Court's order dated June 10, 2004,

it is ORDERED that the within action be and it is hereby

dismissed.

                                By the Court,


Date: June 10, 2004             By /s/ Barbara Morse
                                Deputy Clerk